

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elliott J. Santos, Emergencia Servicios, Barrio Bajo Rural Development Econimic Plan, Sala De Justicia Abogado Negocios, Deposito por Recuso<br><br>**Plaintiff,**<br><br>**V.**<br><br>United States District Court, 9th Circuit<br><br><br>**Defendant.** | **Civil Action No.** <u>26-cv-1625-TWR-MMP</u><br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses without prejudice this civil action.

**Date:** _____7/15/26_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle  _____

S. Tweedle, Deputy